**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1217**

ARLENE A. SMITH-SCOTT,

      Debtor - Appellant,

    v.

UNITED STATES TRUSTEE,

      Trustee - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:17-cv-00267-ELH)

Submitted:  July 19, 2018                              Decided:  July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arlene A. Smith-Scott, Appellant Pro Se.  Sumi Kay Sakata, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arlene A. Smith-Scott appeals from the district court's order affirming the bankruptcy court's order denying her a discharge in bankruptcy. We have reviewed the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith-Scott v. United States Trustee*, No. 1:17-cv-00267-ELH (D. Md. filed Jan. 25, 2018; entered Jan. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*